[No. 25676-9-I.   Division One.   April 27, 1992.]

BRADLEY R. PAULSON, ET AL, *Appellants,* v. THE PORT
OF ANACORTES, *Respondent.*

Appeal from a judgment of the Superior Court for
Skagit County, No. 86-2-00817-1, Gilbert E. Mullen, J.,
entered January 29, 1990. *Affirmed* by unpublished opin-
ion per Grosse, C.J., concurred in by Scholfield and Agid,
JJ.

[No. 27205-5-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. JOANNE
GAMET, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-06315-4, Jerome M. Johnson, J., entered
October 29, 1992. *Reversed* by unpublished opinion per
Forrest, J., concurred in by Grosse, C.J., and Kennedy, J.

[No. 24856-1-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK ELLIS
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-06228-1, Nancy A. Holman, J., entered
September 25, 1989. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Scholfield and Baker, JJ.

[Nos. 26124-0-I; 27770-7-I.   Division One.   April 27, 1992.]

NECK POINT COVES, INC., *Respondent,* v. JOHN J.
MROZ, *Appellant.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 5151, Alan R. Hancock, J., entered April
9, 1990. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Grosse, C.J., and Scholfield, J.